UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARNOLD H. THOMAS,

          Plaintiff,

-v-

JPMORGAN CHASE BANK N.A.,

          Defendant.

CIVIL ACTION NO.: 21 Civ. 8477 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, June 8, 2022, by **Friday, July 8, 2022**, Defendant shall file a letter (i) advising as to the status of fact discovery, and (ii) advising whether it intends to seek permission from the Honorable Paul A. Engelmayer to file a motion for summary judgment.

Dated:    New York, New York
             June 8, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**