UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARNOLD H. THOMAS,

          Plaintiff,

-v-

JPMORGAN CHASE BANK N.A.,

          Defendant.

CIVIL ACTION NO.: 21 Civ. 8477 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The telephonic discovery conference scheduled for Friday, November 4, 2022, at 4:00 p.m. is RESCHEDULED for **Friday, November 4, 2022, at 11:00 a.m.**  The parties are directed to call:  (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            November 2, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**