UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARNOLD H. THOMAS,

      Plaintiff,

-v-              CIVIL ACTION NO.: 21 Civ. 8477 (PAE) (SLC)

                   **ORDER**

JPMORGAN CHASE BANK N.A.,

      Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

  On Wednesday, November 2, 2022, the Court rescheduled the Friday, November 4, 2022, conference from 4:00 p.m. to **11:00 a.m.** (ECF No. 44 (the "November 2 Order")). Defendant is directed to e-mail a copy of the November 2 Order and **this Order** to pro se Plaintiff Arnold H. Thomas by no later than **today, Thursday, November 3, 2022 at 5:00 p.m.**

Dated:  New York, New York
      November 3, 2022

                       SO ORDERED.

                         _____
                         SARAH L. CAVE
                         **United States Magistrate Judge**