UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARNOLD H. THOMAS,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 21 Civ. 8477 (PAE) (SLC)

JPMORGAN CHASE BANK N.A.,

                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic discovery conference held today, November 4, 2022 (the "Conference"), the Court orders as follows:

1. As discussed during the Conference, the Court deems fact discovery to be closed at this time, and refers the parties to Judge Engelmayer's Individual Rules and Practices in Pro Se Cases[1] for the requirements of their pre-motion letters, which are to be filed within 14 days of today (i.e., **Friday, November 18, 2022**).

2. Defendant shall order a transcript of the Conference and file it on the docket. Defendant shall complete the annexed transcript request form and submit one request to: etranscripts@nysd.uscourts.gov, by **Monday, November 7, 2022**.

---

[1] See Individual Rules and Practices in Civil Cases, https://www.nysd.uscourts.gov/sites/default/files/practice_documents/PAE%20Engelmayer%20Updated%20Individual%20Rules%20of%20Practice%20in%20Civil%20Cases%20%282021%20April%29.pdf (last visited Nov. 4, 2022); see also Individual Rules and Practices in Civil Pro Se Cases, https://www.nysd.uscourts.gov/sites/default/files/practice_documents/paeIndividualRulesOfPracticeInCivilProSeCases_0.pdf (last visited Nov. 4, 2022).

3. The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff Arnold H. Thomas at the address below.

Dated: New York, New York
November 4, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

Mail To: Arnold H. Thomas
802 Diane Dr.
Fernandina, FL 32034

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $6.66 ◯ | 3 Day $6.00 ◯ | 7 Day $5.34 ◯ | 14 Day $4.68 ◯ | 30 Day $4.02 ◯ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |