UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARNOLD H. THOMAS,

                Plaintiff,

-v-

JPMORGAN CHASE BANK N.A.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 8477 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 28, 2022, pro se Plaintiff Arnold H. Thomas ("Mr. Thomas") filed a letter-motion requesting leave to amend the complaint. (ECF No. 59 (the "Letter-Motion")). On December 30, 2022, Defendant JPMorgan Chase Bank N.A.'s filed their response to the letter. On January 3, 2023, the Court granted the Letter-Motion and directed Mr. Thomas to file his motion to amend the complaint (the "Motion") by Tuesday, January 17, 2023. (ECF No. 61 (the "Jan. 3 Order")) To date, Mr. Thomas has not filed the Motion. Accordingly, by **Friday, January 20, 2023**, Mr. Thomas shall file the Motion. Should Mr. Thomas not file the Motion, the Court will deem him to have withdrawn his request for further leave to amend, and will reinstate a summary judgment briefing schedule. All other deadlines in the Jan. 3 Order remain in place.

The Clerk of Court is respectfully directed mail a copy of this Order to Mr. Thomas at the address below.

Dated:      New York, New York
              January 18, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to:  Arnold H. Thomas
          802 Diane Dr.
          Fernandina, FL 32034