UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARNOLD H. THOMAS,

                Plaintiff,

-v-

JPMORGAN CHASE BANK N.A.,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 8477 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Arnold H. Thomas' ("Mr. Thomas") proposed amended complaint and its corresponding exhibit. (ECF No. 62 (the "PAC")). The Court shall construe the PAC as his motion for leave to file the amended complaint, to which Defendant JPMorgan Chase Bank N.A. shall respond to by **Tuesday, January 31, 2023**. (ECF Nos. 61; 63). Mr. Thomas shall file his reply in support of the PAC by **Tuesday, February 7, 2023**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Thomas at the address below.

Dated:      New York, New York
             January 19, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:  Arnold H. Thomas
           802 Diane Dr.
           Fernandina, FL 32034