UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARNOLD H. THOMAS,

                       Plaintiff,

-v-

JPMORGAN CHASE BANK N.A.,

                       Defendant.

CIVIL ACTION NO.: 21 Civ. 8477 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendant J.P. Morgan Chase Bank, N.A.'s proposed schedule for the parties' filing and briefing of motions for summary judgment (the "Motions"). (ECF No. 73). The schedule shall proceed as follows:

1. By **Friday, September 6, 2024**, the parties shall file their respective Motions;

2. By **Friday, September 27, 2024**, the parties shall file any oppositions to the Motions; and

3. By **Friday, October 11, 2024**, the parties shall file any replies.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Thomas at the address listed on CM/ECF.

Dated:      New York, New York
             July 19, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**