**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ARNOLD H. THOMAS,

       *Plaintiff,*

v.

JPMORGAN CHASE BANK N.A.

       *Defendant.*

Civil Action No. 1:21-cv-08477-JHR-SLC

**WHEREAS,** this matter, having been opened to the Court by Sherman Atlas Sylvester & Stamelman LLP, attorneys for defendant, JPMorgan Chase Bank ,N.A. ("Chase"), and the Court having entered an Order on June 16, 2025, granting Chase's motion for summary judgment in its entirety and denying plaintiff's motion for summary judgment, and sufficient cause appearing and for good cause shown;

**IT IS** on this _____11th_____ day of _____May_____ , 2026;

**ORDERED, ADJUDGED and DECREED** that:

1.    Final judgment is entered in favor of defendant, JPMorgan Chase Bank, N.A. and against plaintiff, Arnold H. Thomas ("Plaintiff");

2.    Plaintiff's claims are hereby dismissed with prejudice;

3.    Plaintiff is liable to Chase in the amount of $5,016.82 on Chase's counterclaims of breach of contract and account stated~~, plus pre-judgment interest from December 26, 2020~~.

Jennifer H. Rearden
_____
JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE